JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 9841

-----------------------------------------------------------X

JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC.,

: Case No.

Plaintiff,

: RULE 7.1 STATEMENT

vs.

CHARLES PRINCE, ROBERT E. RUBIN, WINFRIED BISCHOFF, ROBERT DRUSKIN, WILLIAM R. RHODES, SALLIE L. KRAWCHECK, DAVID C. BUSHNELL, STEVEN J. FREIBERG, JOHN C. GERSPACH, MICHAEL S. HELFER, MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B. KADEN, GARY CRITTENDEN, RICHARD D. PARSONS, FRANKLIN A. THOMAS, KENNETH T. DERR, C. MICHAEL ARMSTRONG, JOHN M. DEUTCH, ALAIN J.P. BELDA, ROBERTO HERNANDEZ RAMIREZ, GEORGE DAVID, ANNE M. MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS, ROBERT L. RYAN, THOMAS G. MAHERAS, ANN DIBBLE JORDAN, DUDLEY C. MECUM, KLAUS KLEINFELD,

Defendants,

-and-

CITIGROUP, INC., a Delaware corporation,

Nominal Defendant.

-----------------------------------------------------------X

RECEIVED NOV 07 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Jeffrey Harris, Derivatively on Behalf of Citigroup, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: November 6, 2007

_____
Signature of Attorney

Attorney Bar Code: TGA 1515