## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, derivatively on behalf of Citigroup Inc., <br> v. <br> CHARLES O. PRINCE, ET AL., <br> Defendants. | 1:07-cv-09841-SHS |
| GARY CINOTTO, derivatively on behalf of Citigroup Inc., <br> v. <br> CHARLES O. PRINCE, ET AL., <br> Defendants. | 1:07-cv-09900-SHS |
| BENJAMIN NATHANSON, derivatively on behalf of Citigroup Inc., <br> v. <br> CHARLES O. PRINCE, ET AL., <br> Defendants. | 1:07-cv-10333-SHS |
| SAM COHEN, derivatively on behalf of Citigroup Inc., <br> v. <br> CITIGROUP INC., ET AL., <br> Defendants. | 1:07-cv-10344-SHS |
| WALTER E. RYAN, JR., derivatively on behalf of Citigroup Inc., <br> v. <br> CHARLES O. PRINCE, ET AL., <br> Defendants. | 1:07-cv-11581-UA |

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
### TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE
### ACTIONS AND APPOINT A LEADERSHIP STRUCTURE

I, Christopher Marlborough, under penalties of perjury, hereby declare:

1. I am an associate with the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the Motion of Plaintiff Walter E. Ryan to consolidate related shareholder derivative actions and appoint a leadership structure.

2. Attached hereto as Exhibit A is the firm resume of. Krislov & Associates, Ltd.

3. Attached hereto as Exhibit B is the firm resume of Faruqi & Faruqi, LLP.

DATED:   January 17, 2008
         New York, New York

                                         s/Christopher Marlborough
                                         Christopher Marlborough (CM-6107)