**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9841 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9900 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-10333 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-10344 (SHS) |
| Plaintiff, | |
| vs. | |
| CITIGROUP, INC., ET AL., | |
| Defendants. | |
| WALTER E. RYAN, JR., derivatively on behalf of CITIGROUP, INC., | : Case No. 07-cv-11581 (UA) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware Corporation, | |
| Nominal Defendant. | |

**PROOF OF SERVICE REGARDING PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND <u>APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS</u>**

I, the undersigned, declare:

That on January 18, 2008, I served the following document(s):

PLAINTIFF JEFFREY HARRIS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS;

DECLARATION OF THOMAS G. AMON IN SUPPORT OF PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER

DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS; and

DECLARATION OF JEFFREY HARRIS IN SUPPORT OF HIS MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS.

____    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error.

__X__   By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties indicated below:

| | |
|---|---|
| Frank J. Johnson | Clinton A. Krislov |
| Frank A. Bottini, Jr. | Jeffrey M. Salas |
| JOHNSON BOTTINI, LLP | KRISLOV & ASSOCIATES, LTD. |
| 655 W. Broadway, Suite 1400 | 20 North Wacker Drive, Suite 1350 |
| San Diego, CA 92101 | Chicago, IL 60606 |
| Telephone: (619) 230-0063 | Telephone: (312) 606-0500 |
| Facsimile: (619) 233-5535 | Facsimile: (312) 606-0207 |
| | |
| Jack Landskroner | Brad S. Karp |
| LANDSKRONER GRIECO MADDEN, LTD | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP |
| 1360 West 9th, Suite 200 | 1285 Avenue of the Americas |
| Cleveland, OH 44113 | New York, NY 10019-6064 |
| Telephone: (216) 522-9000 | Telephone: (212) 373-3000 |
| Facsimile: (216) 522-9007 | Facsimile: (212) 757-3990 |

____    By causing the document(s) listed above to be served by a courier service on the following parties:

____    By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List.

__X__   By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses list on the Electronic Mail Notice Lists:

| | |
|---|---|
| George T. Conway, III<br>GTConway@wlrk.com | David A. P. Brower<br>brower@browerpiven.com |
| John F. Lynch<br>jflynch@wlrk.com | Elizabeth Ann Schmid<br>schmid@browerpiven.com |
| Jonathan M. Moses<br>JMMoses@wlrk.com | Christopher Marlborough<br>cmarlborough@faruqilaw.com |

      Lawrence B. Pedowitz
      lbpedowitz@wlrk.com

Executed this 18th day of January, 2008.

                                                    LAW OFFICES OF THOMAS G. AMON

                                                    s/Thomas G. Amon
                                                    THOMAS G. AMON (TGA-1515)
                                                    250 West 57th Street, Suite 1316
                                                    New York, NY 10107
                                                    Telephone: (212) 810-2430
                                                    Facsimile:  (212) 810-2427

                                                    ROBBINS UMEDA & FINK, LLP
                                                    BRIAN J. ROBBINS
                                                    GEORGE C. AGUILAR
                                                    SHANE P. SANDERS
                                                    610 West Ash Street, Suite 1800
                                                    San Diego, CA  92101
                                                    Telephone: (619) 525-3990
                                                    Facsimile:  (619) 525-3991

                                                      Attorneys for Plaintiff

313508_1