# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, derivatively on behalf of Citigroup Inc., v. CHARLES O. PRINCE, ET AL., Defendants. | 1:07-cv-09841-SHS |
| GARY CINOTTO, derivatively on behalf of Citigroup Inc., v. CHARLES O. PRINCE, ET AL., Defendants. | 1:07-cv-09900-SHS |
| BENJAMIN NATHANSON, derivatively on behalf of Citigroup Inc., v. CHARLES O. PRINCE, ET AL., Defendants. | 1:07-cv-10333-SHS |
| SAM COHEN, derivatively on behalf of Citigroup Inc., v. CITIGROUP INC., ET AL., Defendants. | 1:07-cv-10344-SHS |
| WALTER E. RYAN, JR., derivatively on behalf of Citigroup Inc., v. CHARLES O. PRINCE, ET AL., Defendants. | 1:07-cv-11581-UA |

## NOTICE OF MOTION AND MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS

**PLEASE TAKE NOTICE** that Plaintiff, Sam Cohen, derivative plaintiff in *Cohen v. Citigroup Inc., et al.,* No. 1:07-cv-10344-SHS, by his counsel, will hereby move this Court on a date and such time as may be designated by the Court, at 500 Pearl Street, New York, N.Y. 10007-1312, for an Order (filed herewith): (1) consolidating all related actions; and (2) to appoint the law firm of Brower Piven, A Professional Corporation ("Brower Piven") as lead counsel.  In support of this Motion, Plaintiff Sam Cohen

submits the following: (1) Memorandum Of Law In Support Of Plaintiff Sam Cohen's

Motion To Consolidate All Related Shareholder Derivative Actions And Appoint A Lead

Counsel For Plaintiffs; and (2) Declaration of Elizabeth A. Schmid In Support of Plaintiff

Sam Cohen's Motion To Consolidate All Related Shareholder Derivative Actions And

Appoint A Leadership Structure For Plaintiffs.


Dated:  New York, New York
        January 28, 2008

                                              Respectfully submitted,

                                              **BROWER PIVEN**
                                              A Professional Corporation

                                          By: /s/ *David A.P. Brower*
                                              David A.P. Brower
                                              Elizabeth A. Schmid
                                              488 Madison Avenue
                                              Eighth Floor
                                              New York, New York 10022
                                              Telephone: (212) 501-9000
                                              Facsimile:  (212) 501-0300

                                              *Proposed Lead Counsel*