UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JEFFREY HARRIS, Derivatively On Behalf of : Case No. 07-CV-09841 (SHS)
CITIGROUP, INC.,

           Plaintiff,

      : NOTICE OF CHANGE OF ADDRESS

  vs.

CHARLES PRINCE, ROBERT E. RUBIN,
WINFRIED BISCHOFF, ROBERT DRUSKIN,
WILLIAM R. RHODES, SALLIE L.
KRAWCHECK, DAVID C. BUSHNELL,
STEVEN J. FREIBERG, JOHN C. GERSPACH,
MICHAEL S. HELFER, MICHAEL KLEIN,
STEPHEN R. VOLK, LEWIS B. KADEN,
GARY CRITTENDEN, RICHARD D.
PARSONS, FRANKLIN A. THOMAS,
KENNETH T. DERR, C. MICHAEL
ARMSTRONG, JOHN M. DEUTCH, ALAIN
J.P. BELDA, ROBERTO HERNANDEZ
RAMIREZ, GEORGE DAVID, ANNE M.
MULCAHY, JUDITH RODIN, ANDREW N.
LIVERIS, ROBERT L. RYAN, THOMAS G.
MAHERAS, ANN DIBBLE JORDAN,
DUDLEY C. MECUM, KLAUS KLEINFELD,

           Defendants,

  -and-

CITIGROUP, INC., a Delaware corporation,

           Nominal Defendant.

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Jeffrey Harris, has moved its offices to:

        Law Offices of Thomas G. Amon
        250 West 57th Street
        Suite 1316
        New York, NY 10107

DATED: January 28, 2008      By: /s/ Thomas G. Amon
New York, New York           Thomas G. Amon (TGA-1515)

LAW OFFICES OF THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Tel: (212) 810-2430

*Attorneys for Plaintiff Jeffrey Harris*

Of Counsel: Harry H. Wise, Esq.