USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEFFREY HARRIS,                                    :     07 Civ. 9841 (SHS)

                Plaintiff,                 :

        -against-                                 :     ORDER

CHARLES PRINCE, *ET AL.*,                          :

                Defendants.               :
------------------------------------------------------------x

GARY CINOTTO,                                      :     07 Civ. 9900 (SHS)

                Plaintiff,                 :

        -against-                                 :

CHARLES PRINCE, *ET AL.*,                          :

                Defendants.               :
------------------------------------------------------------x

BENJAMIN NATHANSON,                                :     07 Civ. 10333 (SHS)

                Plaintiff,                 :

        -against-                                 :

CHARLES PRINCE, *ET AL.*,                          :

                Defendants.               :
------------------------------------------------------------x

SAM COHEN,                                         :     07 Civ. 10344 (SHS)

                Plaintiff,                 :

        -against-                                 :

CITIGROUP INC., *ET AL.*,                          :

                Defendants.               :
------------------------------------------------------------x

```
-----------------------------------------------------------x
WALTER E. RYAN, JR.,                           :    07 Civ. 11581 (SHS)

                    Plaintiff,                 :

        -against-                              :

CHARLES PRINCE, ET AL.,                        :

                    Defendants.                :
-----------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties participating either in person or by telephone,

      IT IS HEREBY ORDERED that, for the reasons set forth on the record,

      1.     These actions shall be consolidated for all purposes;

      2.     All future documents shall be filed via ECF in the consolidated action and bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re CITIGROUP INC. SHAREHOLDER        :     07 civ. 9841 (SHS)
DERIVATIVE LITIGATION.
-----------------------------------------------------------x
```

      3.     Plaintiffs Sam Cohen and Walter E. Ryan, Jr. are appointed co-lead plaintiffs;

      4.     The law firm of Krislov & Associates, Ltd. is appointed as lead counsel, and the law firm of Brower Piven is appointed as liaison counsel; and

5. The following motions are terminated:

| Case No. | Motions |
|---|---|
| 07 Civ. 9841 | 4, 7, 13 |
| 07 Civ. 9900 | 6, 9, 15, 16 |
| 07 Civ. 10333 | 16, 19, 25, 26, |
| 07 Civ. 10344 | 16, 19, 25 |
| 07 Civ. 11581 | 4, 25, 43 |

Dated: New York, New York
      August 22, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

-3-